**Dismiss and Opinion filed August 3, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00748-CV

## IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03588**

## MEMORANDUM OPINION
Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

In his August 2, 2022 petition, relator seeks a writ of mandamus directing Judge Ray Wheless, Presiding Judge of the First Administrative Judicial Region of Texas, to vacate his orders denying relator's motion to recuse and motion to reconsider and to set the motions for a hearing.

This Court lacks writ jurisdiction over Judge Ray Wheless in his capacity as Presiding Judge of the First Administrative Judicial Region of Texas, nor is our jurisdiction in jeopardy such that we could exercise writ jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b); *see also In re Stone*, No. 05-17-01315-CV, 2017

WL 5559232, at *1 (Tex. App.—Dallas Nov. 16, 2017, orig. proceeding) (mem. op.) (*citing In re Hettler*, 110 S.W.3d 152, 154, 155 (Tex. App.—Amarillo 2003, orig. proceeding) (no writ jurisdiction over presiding judge of an administrative judicial region)).  Accordingly, we dismiss this proceeding for want of jurisdiction.

220748f.p05

/s/ Erin A. Nowell
ERIN A. NOWELL
JUSTICE